UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :   **SCHEDULING ORDER**
                                  :
GIUSEPPI MICCIARI,                :   7:25-cr-31 (PMH)
                                  :
            Defendant.            :
-----------------------------------------------------------x

An Initial Conference is scheduled for February 4, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
       January 24, 2025

_____
Philip M. Halpern
United States District Judge