UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

GIUSEPPI MICCIARI,

               Defendant.
-----------------------------------------------------------x

**SCHEDULING ORDER**

7:25-cr-31 (PMH)

The Initial Conference originally scheduled for February 4, 2025 is re-scheduled to February 19, 2025 at 2:30 p.m. in a courtroom to be determined at the White Plains Courthouse. The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
       February 6, 2025

_____
Philip M. Halpern
United States District Judge