UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | SUPERSEDING INFORMATION |
| - v. - | :    S1 25 Cr. 0031 (PMH) |
| GIUSEPPI MICCIARI, | |
| | : |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

COUNT ONE<br>(Possession of Child Pornography)

The United States Attorney charges:

1. In or about June 2023, in the Southern District of New York, GIUSEPPI MICCIARI, the defendant, knowingly possessed, and knowingly accessed with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, and shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, MICCIARI, while in Westchester County, New York, possessed on his cell phone images of child pornography, including images of child pornography involving prepubescent children and minors who had not attained 12 years of age, that he had received via the internet.

(Title 18, United States Code, Section 2252(A)(a)(5)(B))

FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United

States Code, Section 2253, any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense and the following specific property:

    a. one iPhone 14 Pro, Model # MPXT3LL/A, Serial #: GY6KCF7W5V

<u>Substitute Assets Provision</u>

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

- a) cannot be located upon the exercise of due diligence;
- b) has been transferred or sold to, or deposited with, a third person;
- c) has been placed beyond the jurisdiction of the Court;
- d) has been substantially diminished in value; or
- e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

_____
MATTHEW PODOLSKY
Acting United States Attorney