# EXHIBIT A

# The University of the State of New York
## Education Department

In the matter of the teaching certificate(s) held by and/or the application(s) for teaching certificate(s) by

**GIUSEPPI MICCIARI**

**SURRENDER AND WITHDRAWAL AGREEMENT**

**WHEREAS, GIUSEPPI MICCIARI** ("Certificate Holder") presently holds the following New York State certificates, issued by the New York State Education Department (herein "Education Department"): an Emergency COVID-19 certificate as a teacher of Social Studies 7-12, effective September 3, 2022 and bearing the control number 1647477221; and an initial certificate as a teacher of Social Studies 7-12, effective August 3, 2023 and bearing the control number 1735895231; and

**WHEREAS,** on or about August 5, 2023, Certificate Holder submitted to the New York Education Department an application for an initial certificate to be a teacher of Students With Disabilities, Grades 7-12 Generalist (herein "Application for Certificate"), and

**WHEREAS,** Certificate Holder wishes to surrender the above-described certificate(s) to the Education Department; and

**WHEREAS,** Certificate Holder wishes to withdraw the Application for Certificate; and

**WHEREAS,** the parties have held discussions and have had all the terms and conditions of this Surrender Agreement and Withdrawal Agreement thoroughly explained and now freely consent to enter into this Surrender Agreement and Withdrawal Agreement, such consent not having been induced by fraud, duress, or any other influence; and

**WHEREAS,** no other person not a party to this proceeding has an interest in its outcome; and

**NOW IT IS HEREBY AGREED AND STIPULATED** by and between said parties that this matter shall be fully resolved as follows:

1) Certificate Holder hereby surrenders the above-described certificate(s) to teach in the State of New York; and

2) Certificate Holder hereby irrevocably withdraws his/her Application for Certificate; and

3) Certificate Holder permanently waives his right to apply for any teaching, coaching, administrative or other school related certification at any future date; and

1

4) Certificate Holder shall forward the original certificate(s) to the Education Department within seven (7) business days of the signing of this Surrender Agreement and Withdrawal Agreement to: the New York State Education Department, Office of School Personnel Review and Accountability, 89 Washington Ave., 981 EBA, Albany, New York 12234. *If Certificate Holder is unable to locate the original certificate(s), then Certificate Holder shall furnish a signed statement to the Education Department indicating such, within seven (7) business days of the signing of this Surrender Agreement and Withdrawal Agreement* ;and

5) Certificate Holder understands that the Education Department will notify all New York State school districts as well as all licensing and/or credentialing agencies and jurisdictions who participate in the National Association of State Directors of Teacher Education and Certification (NASDTEC) Educator Identification Clearinghouse and advise them as to the status of such certificate(s); and

6) Upon a request from any New York State or out-of-state school district, licensing and or credentialing agencies and jurisdictions who participate in the National Association of State Directors of Teacher Education and Certification (NASDTEC) Educator Identification Clearinghouse, regarding any certificate or future application for any teaching, administrative or other school related certification/employment in any jurisdiction whatsoever, Certificate Holder consents to the release of any information by the Education Department to any New York State or out-of-state school district as well as any licensing and/or credentialing agencies and jurisdictions who participate in the National Association of State Directors of Teacher Education and Certification (NASDTEC) Educator Identification Clearinghouse; and

7) The parties agree that they have entered into this Surrender Agreement and Withdrawal Agreement freely, knowingly and openly, without coercion or duress and that Certificate Holder has voluntarily waived all statutory or constitutional rights that he may have held in this matter for a hearing in accordance with 8 NYCRR Part 83; and

8) Certificate Holder affirms that he has had access to counsel; and

9) Nothing in this Surrender Agreement and Withdrawal Agreement shall be deemed to be a practice or policy of the Education Department; and

10) This written Surrender Agreement and Withdrawal Agreement contains all the terms and conditions agreed upon by the parties hereto and no other agreement, oral or otherwise, regarding said allegations and charges shall be deemed to exist or to bind any of the parties hereto or to vary any of the terms contained therein.

**AGREED:**

*Giuseppe Micciari*      1/30/2024
Giuseppi Micciari, Certificate Holder    Date

*Martin G. Burke*      2/2/2024
Martin G. Burke, Senior Attorney    Date
New York State Education Department
Office of School Personnel Review and Accountability
89 Washington Ave., Room 981 EBA
Albany, New York 12234
518-474-2803

2