**EXHIBIT B**

**G. Minasian, Ph.D.**
**NY LicenseNumber:017951-1**
**445 Hamilton Avenue**
**Suite1102**
**WP, NY**
**10601**
**(917) 224-3566**

6-10-24

John Pappalardo, Esq.
Jill Sanders, Esq.
222 Bloomingdale Rd.
White Plains, NY 10605

Re: Giuseppi Micciari



Respectfully submitted,

Dr. Minasian

Clinical Member of the Association for the Treatment & Prevention of Sexual Abuse

**G. Minasian, Ph.D.**
**NY LicenseNumber:017951-1**
**445 Hamilton Avenue**
**Suite1102**
**WP, NY**
**10601**
**(917) 224-3566**

9-3-24

John Pappalardo, Esq.
Jill Sanders, Esq.
222 Bloomingdale Rd.
White Plains, NY 10605

Re: Giuseppi Micciari



Respectfully submitted,

Dr. Minasian

Clinical Member of the Association for the Treatment & Prevention of Sexual Abuse

**G. Minasian, Ph.D.**
**NY LicenseNumber:017951-1**
**445 Hamilton Avenue**
**Suite1102**
**WP, NY**
**10601**
**(917) 224-3566**

3-11-25

John Pappalardo, Esq.
Jill Sanders, Esq.
222 Bloomingdale Rd.
White Plains, NY 10605

Re: Giuseppi Micciari

████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

Respectfully submitted,

Dr. Minasian

Clinical Member of the Association for the Treatment & Prevention of Sexual Abuse

**G. Minasian, Ph.D.**
**NY LicenseNumber:017951-1**
**445 Hamilton Avenue**
**Suite1102**
**WP, NY**
**10601**
**(917) 224-3566**

8-21-25

John Pappalardo, Esq.
Jill Sanders, Esq.
222 Bloomingdale Rd.
White Plains, NY 10605

Re: Giuseppi Micciari





Respectfully submitted,


Dr. Minasian

Clinical Member of the Association for the Treatment & Prevention of Sexual Abuse

**Gayane Minasian**
(917) 224-3566
Licensed Psychologist

**EDUCATON**

Ph.D.
UNIVERSITY OF ARIZONA

MASTER OF ARTS PSYCHOLOGY
SAN DIEGO STATE UNIVERSITY

BACHELOR OF ARTS – PSYCHOLOGY
UNIVERSITY OF CALIFORNIA AT LOS ANGELES
- Graduate Cum Laude

**CLINICAL EXPERIENCE**

**Director of the Adult Offender Treatment Program of GMH of Westchester**                     1/2007 – Present

- Clinical supervision of four therapists.
- Serving as a liaison to the Westchester County Department of Probation, providing clinical consultation to the Department of Probation.
- Provide consultation to the writer of Pre-Sentencing Investigation reports.
- Cognitive testing
- Responsible for the development, administration, and comprehensive coordination of mental health services (treatment, management, and polygraph) for a sex offender program consisting of 100 – 120 probations.
- Developing sex offender treatment curriculum.
- Conducting group therapy sessions with adult male sex offenders.
- Assisting in the development of questions in conjunction with the polygraph examiner.

**Clinical Consultant to the Adult Sex Offender Program of GMH of Rockland**                     8/2021 – 12/2024
- Clinical supervision                                                                                               Rockland, NY
- Case consultation

**Behavioral Health Committee**                                                                             5/2023 – 12/2024
Camp Hayastan                                                                                                    Boston, MA
- Trained summer camp staff to recognize mental health issues and sexual behavioral problems/harassment in the campers (ages 8-16)

**Private Practice**                                                                                                  2005 - Present
- **Practice focuses on sex offenses and problematic sexual behaviors.**
- **Collaborate with polygraph examiner.**

**Coordinator of the Adult Sex Offender Treatment Program**                                        12/2002 – 1/2007
Westchester Jewish Community Services

- Serving as a liaison to the Westchester County Department of Probation; providing

clinical consultation to mental health and management staff; and supervising five therapists.
- Responsible for the development, administration, and comprehensive coordination of mental health services (treatment, management, and polygraph) for a sexual offender program consisting of 100 – 120 probationers.
- Developed sex offender treatment curriculum.
- Conducted individual and group psychotherapy sessions and psychological testing with adult male sex offenders.
- Assisted in the development and management of a budget.
- Provided monthly training to therapists.
- Supervised a graduate student.

**FELLOWSHIP**                                                              12/2001 – 12/2002
North Central Bronx Hospital                                                        Bronx, NY
Affiliate of the Einstein School of Medicine

- Adult Inpatient Unit rotation – Conducting Individual and family therapy sessions, psychosocial assessments, mental status exams, and clinical coordinator of care.
- Emergency Room Rotation – Conducting emergency psychosocial assessments and mental status exams for adults in hospital emergency room situations. Provided brief consulting and clinical coordination of care.
- Partial Hospitalization Program Rotation – Conducting individual, group, and family therapy sessions, psychological assessments, and psychological testing.

**BEHAVIORAL HEALTH CLINICAIAN**                                            9/2001 – 12/2002
**Westchester Jewish Community Services**                                      Westchester, NY
**Adult Sexual Offender Treatment Program**

- Conducting individual and group psychotherapy sessions with adult males who are serving probation periods for sex offense convictions.

**PSYCHOLOGY INTERN (APA Approved)**                                        9/2000 – 12/2001
Westchester Jewish Community Services                                          Westchester, NY

- Conducted psychological testing with children, adolescents, adults, and a geriatric population.
- Conducted individual psychotherapy sessions with children, adolescents, and adults (including adults on probation).
- Conducted couples/marital therapy.
- Co-facilitated Sex Offender Treatment Groups for the Adult Sex Offender Treatment Program.
- Co-facilitated Anger Management Groups at the WJCS Continuing delayed/mentally ill adult populations.
- Conducted psychosocial assessments and mental status exams with all age groups and populations.

**BEHAVIORAL HEALTH/SUBSTANCE ABUSE COUNSELOR**  3/2000 – 8/2000
Codac Behavioral Health  Tucson, AZ

- Provided individual psychotherapy sessions for adults and conducted group therapy aimed at preventing drug and alcohol relapse.
- Conducted substance abuse education groups; worked in conjunction with probation officers in order to address progress and treatment coordination issues.
- Conducted psychosocial assessments and provided treatment coordination
- Conducted a treatment outcome study using a newly devised questionnaire.

**EMERGENCY ROOM PSYCHIATRIC EVALUATOR**  3/2000 – 8/2000
Sonora Behavioral Health  Tucson, AZ

- Conducted emergency psychosocial assessments for adults, families, and children in crisis or seeking behavioral health treatment.
- Provided crisis intervention brief counseling and clinical coordination of care for adults, families, and children.
- Member of mobile acute crisis team that assisted Tucson Police Department with psychiatric/forensic cases at the scene of the incident as well as the adult jails, the prisons, and the juvenile detention center by conducting psychosocial assessments and providing diagnostic formulations, crisis intervention, and clinical coordination of care.
- Conducted psychosocial assessments and mini-mental status exams and provided crisis intervention.
- Intervention and clinical coordination of care for child, adolescent, and adult emergency room patients presenting with psychiatric symptoms.

**MENTAL HEALTH CONSULTANT IN REFUGEE PROGRAM**  11/1998 – 12/1999
Jewish Family and Children's Service  Tucson, AZ

- Conducted psychosocial assessments and provided counseling for refugees.
- Gave presentations in the community and to other mental health professionals regarding the mental health issues of refugees.

**PRACTICUM ASSISTANT TO SCHOOL PSYCHOLOGIST**  1997
Tanque Verde School District  Tucson, AZ

- Administered psychological testing cognitive, personality, neuropsychological, and behavioral evaluations with children and adolescents.
- Designed behavioral interventions for students with behavioral disorders.
- Made recommendations and developed treatment plans for students with teaming disabilities, and emotional, and cognitive difficulties.

**RESEARCH EXPERIENCE**
Research Assistant – University of Arizona

- Assisted in developing a questionnaire that measures resistance to change; ascertaining that the measure is psychometrically sound; collected and analyzed data examining the process of change and treatment outcome in a clinical population.

**RESEARCH ASSISTANT**
University of Arizona

- Collected data, interviewed subjects, videotaped subjects, and transcribed and analyzed data concerning adult literacy.

**RESEARCH ASSISTANT**
San Diego State University

- Developed study and collected and analyzed data concerning attention and reaction time in schizophrenia.

**RESEARCH ASSISTANT**
University of California

- Collected data and interviewed psychiatric families and normal controls.
- Coded interactions from live video tapes using Affective Style and Coding Systems.
- Trained fellow undergraduate students in utilizing the AS and CS Coding Systems.
- Administered and scored psychological test for research purposes.

**RESERCH ASSISTANT**
University of California – Neuropsychiatric Institute

- Observed group therapy, collected data, and interviewed patients at admission, discharge, and follow-up.
- Coded data, entered and analyzed data, and wrote up results.

---

## PUBLICATION

Minasian, G. & Lewis, A. (1998). Female sex offenders. In A. Lewis, Cultural aspects in the treatment of offenders, Bradenton, Utah: Safer Society Press

Rosenbaum, G., Taylor, M. & Minasian, G. (1997). Normalizing the crossover effect: Enhancement of cognitive attentional processing in schizophrenia. Psychiatry Research, 72, 167-176.

Hamilton, E., Hammen, C., Minasian, g. & Jones, M. (1993) Communication styles of mothers with affective disorders, chronic medical illnesses, and normal controls; A contextual perspective.
Journal of Abnormal Child Psychiatry, 212-51-63.

Minasian, G. (1991). Bulima nervosa. More than an eating pathology. UCLA Undergraduate Science Journal, 7, 78-82.

## PRESENTATIONS

Minasian, G. "Treating Sex Offenders⋯. Training for treatment providers of MHA.          2013
Minasian, G. "Understanding Sex Offenders - Balancing Treatment with the Laws and Mandates of Probation". Training for Westchester County drug and alcohol treatment providers.      2011

Minasian, G. 'The Treatment of Sex Offenders". Training for Westchester County mental health    2011
providers.

Interview with consultant to CNN (May 2007) regarding the treatment of sex offenders.

Interview with CBS Radio 88 (January 2006) regarding treatment issues and re-offense rates of sex offenders.

Minasian, G., & Conte, L. (May 2005) "Managing Risk: A non-traditional model." Presented at the New York State Association for the Treatment of Sexual Abusers and New York State Alliance of Sex Offenders Service Providers Annual Conference.

Member of a Panel Discussion with Westchester County D.A. "Surfing for Sex: Internet Dangers" (20024). Television on News 12 Westchester Live.

Minasian. G. (Jul) 1999). "Diagnostic Issues regarding refugees." Presented as one segment of a 6-hour workshop provided by Jewish Family and Children's Services for bachelor's and master's level behavioral health professionals.

Minasian, G. (March & April 1998). "Mental health and treatment issues regarding refugees." Presented as on segment of a 6-hour workshop provided by Jewish Family and Children's Services for bachelor's and master's level behavioral health professionals.

Mitchell, J., Miller, B. Minasian, G., & Murphy, V. (1996). "Adult literacy: Investigating learning alternatives." Presented at the American Educational Research Association Annual Meeting (round table presentation).

Rosenbaum, G., Minasian, G., &Taylor, M. (1995). Normalizing the crossover effective: Cognitive activation of schizophrenia-attention. Presented at the American Psychological Annual Meeting (round table presentation).

Rosenbaum, G., Taylor, M., & Minasian, G. (1992). "Activated attention in schizophrenia: Inhibition of the reaction time crossover effect. "Presented at the Western Psychological Annual Meeting (poster presentation).

---

**AWARDS**

- One recipient chosen for the University of Arizona Graduate Student Final Project Reward    -    10/1999

---

**MEMBERSHIPS**

- Association for the Treatment and Prevention of Sexual Abusers
- American Psychological Association