Case 7:25-cr-00031-PMH    Document 46-4    Filed 08/26/25    Page 1 of 2

# EXHIBIT D



**Kenneth W. Jenkins**
**County Executive**

Department of Community Mental Health

Michael Orth, M.S.W.,
Commissioner

08/13/2025

John Poppalardo, Esq.

222 Bloomingdale Rd. #301

White Plains, NY 10605

Re: Giuseppe Micciari          JID# 287888

Dear Mr. Poppalardo,

Please be advised that Giuseppe Micciari was deemed in full compliance with the C.O.R.E. (Community Oriented Re Entry) program, provided by the Department of Community Mental Health, since his admission date of 5/16/25. As of 08/13/2025, Mr. Micciari has attended all group and individual sessions as scheduled. Our Re-Entry program is collaboratively composed of Greater Mental Health of New York, Alpha Well Care, MH Empowerment Project, Human Development Services of Westchester and the Westchester County Department of Health that provided services onsite for Mr. Micciari during his incarceration and will also support Mr. Micciari with his future aftercare plan.

Please be advised that C.O.R.E. is a Re Entry and Case Management program, not an alternative to psychiatric treatment.

Sincerely,

Ron Hood, CASAC

C.O.R.E. Coordinator, Department of Community Mental Health

CC: File

Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601      Telephone: (914) 995-xxxx      Fax (914) 995-xxxx