# EXHIBIT E

August 19, 2025

Honorable Philip M. Halpern
District Judge
US District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: U.S.A. v. Giuseppe Micciari
     Docket No. 25-cr-00031

Dear Judge Halpern:

My name is Maria Micciari. I am writing this letter in support of my son Giuseppe Micciari. I understand that Giuseppe pled guilty to Possession of Child Pornography, that he's facing up to 20 years in prison, and that the sentencing Guidelines recommend a prison sentence of several years. I am asking the Court to consider sentencing Giuseppe to a sentence that is below the Guidelines recommendation.

I am a full-time realtor. I am the mother of 5 and recently divorced from my husband of 33 years. I live at 1922 Glenrock St., Yorktown Heights, NY 10598. Giuseppe is my first of five children. He is 29 years old. Giuseppe has lived with me every day of his life, except for the 5 years that he was in college. I have also recently been diagnosed with Stage 4 lung and brain cancer. I know that Giuseppe is suffering so much because he can't be here with me. He has always been my rock and I can only imagine what this separation is doing to him. For this reason alone, I know that Giuseppe wants to be with me and his siblings now more than ever. He will follow all the rules of probation if given the chance.

Giuseppe is a wonderful man and everyone we know can attest to that. When I think about what Giuseppe has done, I understand that it is a very bad thing. How I see this situation is similar to someone who has a malignant tumor. Doctors would remove the bad parts and then treat their patients to get them better. They wouldn't just write off their patients and let them die without trying to help them with treatments. That's how I understand this. Giuseppe is a kind, generous and loving man. He needs to be treated with therapy, probation, love and never-ending support from his family.
As a child, he never liked to see his siblings get in trouble. He accepted blame for things he didn't do just to spare them punishment. He is the best big brother. He played with them outside, helped them with their homework and drove them around to wherever they needed to be. I relied on Giuseppe to help me with the kids. He helped me entertain them when I was busy doing household things. My ex-husband is, old-school Italian, "off the boat". He wasn't involved in the day-to-day raising of kids. He dropped out of high school in 10th grade so he didn't help the kids with schoolwork very much. I needed help and I leaned on Giuseppe a lot, maybe too much. Giuseppe was more of a father figure than a big brother. His father was more concerned about what was for dinner and relaxing after work rather than interacting with the kids. His father was a huge financial supporter, but not emotional support. Their father was demeaning in the way he spoke to the kids, calling them stupid, fat, lazy, and a financial burden, insisting that if he didn't have all these kids, he wouldn't have to work so hard to provide for them. When my ex-husband and I argued Giuseppe would always try to distract the younger kids by playing with them. I honestly would not have been able to get through the last 15 years or so with without the love and support of Giuseppe.

Giuseppe has shown so many positive changes since his incarceration in May 2025. Since October 2023, he has been meeting with Dr. Minasian, a therapist who
provides therapy and counseling for individuals who have committed sex offenses. Now, while incarcerated at the Westchester County Jail, Giuseppe is participating in CORE ("Community Oriented Re-Entry Program") which brings together various organizations to provide participants with treatment, such as cognitive behavioral therapy, mental health recovery, and addiction services, as well as life skills and job readiness.

Giuseppe is making wonderful progress with Dr. Minassian and it is making a big difference in his life. Giuseppe is reading self-help books to try to become a better person. He has also started journaling and he says that it's really helping him to understand him himself more. He accepts 100% of the responsibility for his actions and shows so much remorse on a daily basis. He also is truly heartbroken for putting his family through all of this. Giuseppe cares about our opinion, way too much to ever let us down again. He is constantly talking to his family, his aunt and uncles and his grandparents about being a better person and asking for help from all of us to help him get better. Giuseppe wants to be a good person. He's willing to do whatever necessary to become that positive influence. He has expressed to me so many times that he made a terrible mistake but he is 100% certain that it will never happen again. I am also certain that it will never happen again.

No matter what the outcome I will be there for Giuseppe every day for the rest of my life. As well all of his family and friends that support him because we all know that although he has done a terrible thing, this is not all that Giuseppe is. He is a kind, good and loving person and he is worth rehabilitating. He should not go to jail because I know that the best way to get him better is through continuous treatment and the never ending love and support of his family and friends. Myself,  my family and the large circle of friends will be there to support him in every way possible. We will be there to make sure he gets the therapeutic care that he needs. We will make sure to help him to follow all the rules of his probation. We will be there every day to talk with him and guide him. And we will be there with whatever financial support he will need, no matter how long it takes. He needs us around him and to support him so that he can get better. Probation and treatment would be the best sentence for him. I know that Giuseppe is not a risk to anyone in the community and that he will never make this mistake again and will always be a better person in society and a law abiding person forever.

Thank you so very much for taking the time to consider my letter. I could go on and on about Giuseppe but I just want to remind you that he is a good man and that with proper treatment and probation, he will be a good and positive force in society. Giuseppe is loved and deserving of a second chance. You have my word that this will never happen again.

Sincerely
Maria Micciari
1922 Glenrock St., Yorktown Heights, NY 10598
914-874-4894
Belluzza16@aol.com

August 20, 2025

Hon. Philip M. Halpern
District Judge
US District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building & Courthouse 300 Quarropas Street
White Plains, NY 10601-4150

        Re: <u>U.S.A. v. Giuseppe Micciari</u>
          Docket No.25-cr-00031

Dear Judge Halpern:

 My name is Alessandro Micciari. I am writing this letter in support of Giuseppe Micciari. I understand the fact that Giuseppe has pled guilty to Possession of Child Pornography. I understand that he is facing up to 20 years in prison, and other sentencing guidelines recommended a prison sentence of several years. I am asking the Court to consider sentencing Giuseppe to a sentence that is below the Guidelines recommendation.

 I am currently working as a plumbing apprentice in Westchester county, and I one day aspire to become a master plumber in this county. I live with my girlfriend here in white plains. Growing up I was a part of a big family, with four siblings. Growing up together was amazing because we got to experience childhood and growing up together. Seeing some of my siblings grow from a child into an adult has been a great honor. I have known Giuseppe all my life, as my older brother I have always looked up to him and wanted to be just like him. The way he was able to communicate with people, making them laugh, always lighting up the room. I know that my brother Giuseppe is a good person. He has helped me my entire life without complaint, whether it's helping me learn to catch a ball or showing me how to shave, he has been a person I can rely on for anything.

 Since Giuseppe's arrest in November of 2023, I have seen so many changes in Giuseppe. Since his arrest, he has stopped all drug use and focused on his rehabilitation. He has been seeing Dr. Minasian, a therapist who provides therapy and counseling for individuals who have committed sex offenses. Now that Giuseppe is incarcerated at the Westchester County Jail, he is participating in CORE (Community Oriented Re-Entry Program) which brings together various organizations to provide participants with treatment, such as cognitive behavioral therapy, mental health recovery, and additional services, as well as life skills and job readiness.

    Regardless of Giuseppe's sentence, I will continue to support him however he needs. I believe that an appropriate sentence for Giuseppe would be supervised release with treatments and services in the community. I wholeheartedly believe that Giuseppe is not a risk to anyone, and he will be a better, law-abiding person in the future.

    Thank you for taking the time to consider my letter.

Sincerely,<br>
Alessandro Micciari<br>
1922 Glenrock Street, Yorktown Heights New York, 10598<br>
914-874-7306<br>
a.micciari98@gmail.com

August 17, 2025

Hon. Philip M. Halpern

District Judge

US District Court for the Southern District of New York

Hon. Charles L. Brieant Jr. Federal Building & Courthouse 300 Quarropas Street

White Plains, NY 10601-4150

                                                RE:     <u>U.S.A. v. Giuseppe Micciari</u>

                                                          Docket No. 25-cr-00031

Dear Judge Halpern:

      My name is Isabella Micciari. I am writing this letter in support of Giuseppe Micciari. I understand that Giuseppe pled guilty to Possession of Child Pornography, that he is facing up to 20 years in prison, and that the sentencing Guidelines recommend a prison sentence of several years. I am asking the Court to consider sentencing Giuseppe to a sentence that is below the Guidelines recommendation.

      I would like to describe myself as a happy person that grew up with a big family and always something fun going on at home. I have always been an outgoing girl that loved watching my brothers play sports, take part in cheerleading and dance, spend time with my friends and family, and enjoy life. I am 25 years old and currently live at home at 1922 Glen Rock Street inYorktown Heights, NY. I am a 911 Telecommunicator in the city of Norwalk, Connecticut and have been enjoying learning the all ups and downs of the job. Giuseppe is my oldest brother and has played an important role in my life for the past 25 years. I have lived in the same household as Giuseppe all my life, until November 2023. My 4 brothers and I grew up having our fights, but have always loved each other, been there for each other, and enjoyed growing up so close in age.

      Giuseppe is not only a good person, but an amazing person and I am one of the many people that know that. I know the person he is and the heart that he has, and although he has made a great mistake, I do not believe that he is a bad person. Looking back at my childhood, growing up with Giuseppe, there has never not been a smile on my face. Giuseppe has always been the funniest sibling and has never failed to make me laugh until my stomach hurts. He has always been there for my other siblings and I and has always cared for us like a big brother should. He would push my brothers and I to work harder in our sports and academics to be the best we could be. Giuseppe was not the best at sports, so he lived vicariously through my

brothers and helped critique and work on their skills to push them to be the best that they could. Giuseppe has always been an amazing, caring, and protective older brother and that is always how I will think of him, no matter what. Giuseppe was always a very generous and dependable person. He cares so much for the people that he loves. My family has been through lots of hardship the past 2 years, and Giuseppe has never failed to make sure his family was put first and checked on. He is selfless and has wanted us all to be strong, keep our heads high and put on a happy face through the dark times. He would always tell us not to worry about him and that all he cared about was if we are happy and healthy. Giuseppe has always been a brother that would watch out for me and have my back, because I was the only girl and his little sister. My brother has been such a bright light in all of my siblings lives and he has always kept us smiling and so happy. Even through the past 2 years of him being away from his family, he has showered us with love and care. To me, Giuseppe is and has always been one of the happiest, funniest, and best humans in my life.

      I have seen a great deal of positive changes in Giuseppe since his arrest in November 2023. After being arrested, he immediately knew that he needed to work on his mental health and be better for himself. Giuseppe met with Dr. Minasiana, a therapist who provides therapy and counseling for individuals with these types of offenses, on a weekly basis and was able to open up to her and drastically improve his mental, emotional and behavioral well being. When talking to Giuseppe in the time after he was arrested and began to get the help that he needed, I could tell that he was working so hard to change his unhealthy habits and truly do whatever he needed to be a better person in our society. Giuseppe stopped smoking marijuana, and began reading books that could help him with his personal growth. He individually spoke with all of his immediate family members and apologized and owned up to what he had done. He did what he knew he needed to do for his own self improvement. He had worked hard 5-6 days a week as a waiter in a restaurant to make money to pay for his expenses while living with our grandmother and abiding by the terms of home confinement with electronic monitoring. Now, while incarcerated at the Westchester County Jail, Giuseppe is participating in CORE ("Community Oriented Re-Entry Program") which brings together various organizations to provide participants with treatment, such as cognitive behavioral therapy, mental health recovery, and addiction services, as well as life skills and job readiness. I believe these types of organizations will continue to help Giuseppe grow as a person and will only benefit him on the outside. Giuseppe has made some mistakes, but he is always telling me about all the changes he wants to make in his life. If he were given the opportunity to, I know he would be true to himself and be the better man that we all know he will be.

      Regardless of Giuseppe's sentence, I will continue to be there for him every single day. I will offer support to my brother in every way that I can. I will support him emotionally through every step of his life and make sure that he always knows that he is not alone. Over the past 2 years since his arrest, I know that life has been heavy on his shoulders, and I plan to do all that I can to be present while he grows into an even better man. I will support Giuseppe in daily activities and chores to ensure that he is organized and takes care of himself and his space so that he feels accomplished and happy each day. I will support him with getting back into a financial plan to save money for his future. I will support him with helping him reframe his thinking to develop new thought patterns and strengthen his mindset for his future. I will contribute to Giuseppe's growth and support him in all aspects of life forever to ensure that my brother gets to live a happy and healthy life that I believe he deserves. I will support Giuseppe by being the

sister that he needs in times of hardship. I plan to be right by his side in his journey of life because most importantly, that's what family does. I do not think that Giuseppe should go to prison, and I do believe that an appropriate sentence would be supervised release with treatment and services in the community. Since being in jail, Giuseppe has told me many times that the group therapy sessions he has been attending have been beneficial for him. Specifically, Giuseppe tells me about the church group session that he attends and the art class that he takes. Giuseppe enjoys these groups and I believe it would be beneficial for him to attend self-improvement sessions like these on the outside. Giuseppe is my brother over everything, and regardless of the outcome of his sentencing, I will be there for him through every single step. I know the person that he is, and I believe in the person he will become with help from his family, treatment, and services in the community. Giuseppe is an amazing person that made a huge mistake, and I know he will spend the rest of his life making up for his past choices. I also know that my family and I will forever push him to be successful and smart with his decision making. He has an extremely strong support group alongside him that will not let him fail or make poor decisions like his past ones. He deserves another chance, and I am confident that he will prove to everyone, especially himself, that he was worthy of a second chance, if given the opportunity. Giuseppe would not benefit from going to prison and I believe that he is not a risk to anyone in the community, and I know he will be a better law-abiding person in the future.

Thank you for taking the time to consider my letter.

Sincerely,

Isabella Micciari

1922 Glen Rock Street Yorktown Heights, NY 10598

914-874-9563 /  imicciari16@gmail.com

August 20, 2025

Hon. Philip M. Halpern
Presiding District Court Judge
US District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building &
Courthouse 300 Quarropas Street
White Plains, NY 10601-4150

          Re: U.S.A. v. Giuseppe Micciari
          Docket No. 25-cr-00031

Dear Judge Halpern:

We are Stanford and Claudia Bennett. We are writing this letter in support of our nephew Giuseppe Micciari.

We are aware that Giuseppe pled guilty to Possession of Child Pornography, that he's facing up to 20 years in prison, and that the sentencing Guidelines recommend a prison sentence of several years. We are asking that the Court to consider sentencing Giuseppe to a sentence that is below the Guidelines recommended.

We have been married for 21 years. I, Stanford, am Maria Micciari brother who is Giuseppe's mother. My wife, children and I live in Ardsley, New York. We have three teenage daughters, two of which are in college and the youngest will be a junior high school this September. I work full-time as a physician with Northwell in Yorktown, NY and my wife works full-time as a paralegal at the law firm of Gilbride Tusa Last &Spellane LLC, in Greenwich, Connecticut.

I have known Giuseppe his whole life and my wife has known him since he was 4 years old. As a child, he was funny, caring, loving and inquisitive. These traits stayed with him into adulthood. He would always take the time to have conversations with our girls about school, sporting events or just words of encouragement. While Giulia (our older daughter) was applying to colleges, she was worried about her college choices and whether it was a good fit. Giuseppe could relate to her concerns and took the time to put her mind at ease. He would explain that she had so many good traits that would give her many opportunities to succeed. He told her about his journey from Coastal Carolina to the University of Maryland, which he was very proud of, as we were. Giuseppe would often take the time to come to watch the girls' softball games and basketball games. He of course was always rooting for them! Sports was a common theme in our conversations and always an exciting topic for us to discuss. Going to Yankee games with Giuseppe was always a lot of fun. Our entire family looked forward to it as well.

Giuseppe knows what he did was wrong. We know he would never hurt anyone. He made a big mistake that he is seeking counseling for. Giuseppe has been seeing Dr. Minasian, a therapist, since October 2023. Dr. Minasian provides therapy and counseling for individuals who have committed sex offenses. Since Giuseppe incarceration in May 2025 at Westchester County Jail, he is participating in CORE (Community Oriented Re-Entry Program) which brings together various organizations to provide participants with treatment, such as cognitive behavioral therapy, mental health recovery, and addiction services, as well as life skills and job readiness.

Giuseppe is a good person, kind and patient that deserves a chance to make things right. Deep in our hearts, we firmly believe that Giuseppe does not belong in prison. His future potentially remains bright with therapy, family and positive reinforcement.

As a family, we will continue to support him in any way we can, as he continues to seek help. We will surround him with a positive and loving environment for him to continue to move forward and be the person we know he can be.

We pray and hope that you will show mercy and not put him in prison but let him continue with treatment and community service.

Thank you for taking the time to consider my letter.

Sincerely,

Claudia Bennett
21 Chestnut Street, Ardsley, NY 10502
914-844-5541
Email: claudiabennett3@gmail.com

Stanford Bennett
21 Chestnut Street, Ardsley, NY 10502
914-329-5309
Email: sbennett5@northwell.edu

August 20, 2025

Honorable Philip M. Halperin

District Court Judge

US District Court for the Southern District of NY

Hon. Charles L. Brieant Jr. Federal Building & Courthouse

300 Quarropas Street

White Plains, NY 10601-4150

Re: <u>U.S.A. v. Giuseppe Micciari</u>

Docket No. 25-cr-00031

Dear Honorable Judge Halperin,

    My name is Thomas C. Bennet Jr.; I am writing this letter in support of Giuseppe Micciari. I understand that Giuseppe has plead guilty to Possession of Child Pornography, and he is facing a sentence of up to 20 years, and that the sentencing guidelines recommend a prison sentence of several years. I am respectfully asking the court to consider a sentence for Guiseppe that is below the recommended guidelines.

I am a self-employed business owner in the real estate inspection field and a father of 3 boys that attend the Ardsley School District. I am the maternal uncle of Giuseppe; his mother Maria is my sister. I have known him all his life, he was born in hospital on the border of Queens and Long Island during a snowstorm on January 6th, 1996. We ended up being snowed in with him and his parents for his very first days at home because we could not make it back to Westchester. I have shared in every milestone of his life, from birthdays to religious holidays, graduations and everything in between. Our families have lived together when sharing our family vacation home in the summers and when they would transition from moving from one home to another.

As a family, we were raised to always be there for each other but taught to never feel as if it was an obligation but rather a willing duty. While I have been there for my nephew over the years, it has certainly been reciprocated in more ways than I can list. Giuseppe has been a positive, present member of our family, helping me when I was short-handed in my business or helping move into my home, and on many other occasions, he has always been present. Giuseppe is very personable and eager to please. He can sit and have a meaningful conversation with anyone. He loved being part of the Yorktown Community, and the community really loved him. When I went up to visit, or to see his siblings' sporting events in town, I was a semi-celebrity because I was his uncle.

I know he has been working with Dr. Minasian who specifically deals with counseling on these types of offenses since his arrest in October 2023 and continues his treatment with her while incarcerated. He is also participating in CORE (Community Oriented Re-Entry Program) while in Westchester County Jail, this program brings together various organizations to provide participants with treatments such as cognitive behavioral therapy, mental health recovery, addiction services, as well as life skills and job readiness.

Regardless of Giuseppe's sentence, I will continue to be there for my nephew, whether it be financial and/or emotional support. After speaking to him these last few months, I feel that his incarceration in May truly landed the consequential blow of his actions. He has expressed to me that the reality of his situation is very clear, and that his path forward to becoming a responsible law-abiding citizen is even clearer. I feel that path is best traveled outside of prison with continued treatment, community service, and the love and guidance that our family is prepared to give him constantly. Myself, my siblings, our spouses and Giuseppe's siblings all understand the severity of his situation and the need for all of us to make the time to ensure Giuseppe is on the right path to being a better person. I feel that the support, guidance, and structure we can provide him along with the professionals mandated by the courts as part of his conditional release will give him the best opportunity to be a better, law-abiding citizen in the future.

Thank you for taking the time to consider my letter

Sincerely,

Thomas C. Bennett Jr.

136 Woodlands Ave

White Plains NY, 10607

914-582-7156

tcbj1126@gmail.com

August 20, 2025

Hon. Philip M. Halpern
District Judge
US District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building & Courthouse 300
Quarropas Street
White Plains, NY 10601-4150


RE: U.S.A. v. Giuseppe Micciari
Docket No. 25-cr-00031


Dear Judge Halpern:

My name is Claudine Raniolo and I am writing this letter in support of Giuseppe Micciari with regard to his upcoming sentencing. I understand that Giuseppe pled guilty to Possession of Child Pornography and that he is facing up to 20 years in prison. I also understand that the sentencing Guidelines recommend a prison sentence of several years. I am pleading to the Court to consider sentencing Giuseppe to a sentence BELOW the Guidelines recommendation.

My husband, Joe, and I live in Yorktown Heights, NY and have lived there for the past 32 years. We have made a loving home there along with our 4 children. I work at Yorktown High School as an Office Assistant in the Principal's Suite. All of my children attended schools in the Yorktown Central School District. I met Giuseppe as a young boy while he attended French Hill Elementary School in Yorktown Heights while 3 of my children attended there, as well. I previously knew Giuseppe's mother, Maria, as we attended high school together at Maria Regina High School. Since a young boy, Giuseppe was always a friendly, sweet and an extremely kind person. He is a part of a very large close-knit family and anyone who knows him knows that his family is very important to him.

I am aware that Giuseppe has been meeting with Dr. Minasian, a sex offense therapist and counselor, since October 2023 and has made substantial positive progress due to these meetings. It is my understanding that Giuseppe has not smoked marijuana

since his arrest and his continued counseling has helped him tremendously. I am also aware that while incarcerated at the Westchester County Jail, Giuseppe is also participating in CORE (Community Oriented Re-Entry Program) which offers CBT (cognitive behavior therapy) and mental health recovery. He is also participating in addiction services, life skills and job readiness which I feel will be extremely beneficial to Giuseppe. I believe with continued support and counseling, Giuseppe can be a productive member of society and will be a better and law-abiding person in the future. I do not think he is a risk to anyone in the community.

Regardless of Giuseppe's sentence, I will always think fondly of him and will be there to offer support to him in any way needed. I believe that supervised release in combination with continued structured treatment along with community-based services will serve him so much better than incarceration. He has proven through his commitment to therapy, sobriety and accountability that he is dedicated to rehabilitation. I think strong emotional support from his family, not separation from, will aid in his further rehabilitation.

Thank you for taking the time to consider my letter in support of Giuseppe Miccici. Please kindly reach out to me if any further information is needed.

Sincerely.

Claudine Raniolo
222 Sara Court
Yorktown Heights, NY 10598
914-406-0256
Raniolo6@yahoo.com

August 20, 2025

Hon. Philip M. Halpern District Judge
US District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building & Courthouse
300 Quarropas Street White Plains, NY 10601-4150

RE: U.S.A. v. Giuseppe Micciari
Docket No. 25-cr-00031

Dear Honorable Judge:

My name is Emilia Patierno and I am writing this letter in support of Giuseppe Micciari for his upcoming sentencing. I am fully aware and understand the gravity of the charges that Giuseppe is facing.

Yorktown is a special place and my family and I have been residents of this town since 2005. I have two adult sons and the Micciari family are our family friends. We first met the Micciari's in 2010 when my youngest son played youth football with Giuseppe's younger brother, Gianluca Micciari. We are all still very close friends, especially our sons, to this day.

Giuseppe is compassionate, genuine, sweet and hardworking who loves to surround himself with friends and family. He has always presented himself as a respectful, responsible and extremely family oriented person. Giuseppe also has a huge heart. He is kind and generous to other people and has the ability to always make others feel valued and cared for. The Micciari family including Giuseppe has done so much for our community, from the Yorktown Athletic Club youth programs to the Husker High School Booster Club. Giuseppe and his family always supported and assisted in any capacity needed.

I would like to speak to the positive changes in Giuseppe since his arrest in November 2023 and his incarceration beginning May 2025.

- **Cessation of marijuana use:** Since his arrest in November 2023, I believe that Giuseppe has not smoked marijuana at all.

- **Consistent therapy engagement:** Since October 2023, he has been meeting with Dr. Minasian, a therapist specializing in counseling individuals convicted of sex offenses.

- **Active participation in prison-based programs:** While incarcerated at the Westchester County Jail, Giuseppe is participating in the CORE (Community Oriented Re-Entry) Program. I understand that CORE brings together jail personnel, mental health professionals, and community partners to provide a range of services including cognitive-behavioral therapy, addiction support, mental health recovery, life-skills training, and job readiness—all aimed at supporting rehabilitation and safer re-entry into the community.

These changes reflect his willingness to take responsibility, make meaningful progress, and prepare for a healthier, more constructive future.

I respectfully believe that a sentence of **supervised release combined with continued treatment and community-based services** would be more appropriate in his case than incarceration. Giuseppe has already demonstrated through his sobriety, dedication to therapy, and participation in evidence-based programming that he is committed to rehabilitation. Community supervision with structure, accountability, and ongoing therapeutic support would both safeguard public safety and promote his successful reintegration.

Thank you for taking the time to read and consider my letter in support of Giuseppe Micciari.

    Sincerely,

    Emilia Patierno
    thepatiernos33@gmail.com

August 20, 2025

Honorable Philip M. Halpern
District Judge
U.S. District Court for the Southern District of New York
Hon. Charles L. Brieant Jr. Federal Building & Courthouse 300 Quarropas Street
White Plains, NY 10601-4150

                Re: <u>U.S.A v. Giuseppe Micciari</u>
                Docket No. 25-cr-00031

Dear Judge Halpern:

My name is Joann Baker. I am writing this letter in support of Giuseppe Micciari. I understand that Giuseppe has pled guilty to Possession of Child Pornography, that he is facing up to 20 years in prison, and that the sentencing guidelines recommend a prison sentence of several years. I am asking the court to consider sentencing Giuseppe to a sentence that is below the guidelines recommendation.

I have been a resident of Yorktown Heights, NY for the past 28 years. I have had the pleasure of knowing the entire Micciari family for the past 15 years in Yorktown, as all of my children were friendly with the five Micciari children, Giuseppe included. I first met Giuseppe 15 years ago when my oldest son became friends with him and my daughter became friends with his sister. Our families became quite friendly after that, and still remain that way today.

My youngest son became close to Giuseppe through various outlets. Giuseppe was his camp counselor, coach, and worked in the high school while my youngest son attended there. Again, through the family friendships, there was already a level of friendship there. However, it was evident that my youngest son looked up to Giuseppe and respected him in the roles that he had in his life. There was always a level of comfortability when any of my children were with Giuseppe.

My friendship with the family, and level of respect for them, will not waiver with Giuseppe. Regardless of the outcome, I will remain supportive of Giuseppe in any way possible. It is my hope and feeling that Giuseppe receives a lesser sentence than the guidelines. I fully believe that a probationary sentence with treatment and counseling will be the best course of action. I do not think that Giuseppe Micciari will be a risk to anyone in the community and that he can be a stronger individual, and law abiding citizen, with the appropriate sentence of probation, treatment and counseling.

Thank you for your consideration of this matter.

Sincerely,

*Joann M Baker*

Joann Baker
1349 Walter Road
Yorktown Heights, NY 10598
914-774-3883
Joannbaker1071@gmail.com

# MEREDITH DELBENE
**1749 Highbrook Street**
**Yorktown Heights, New York 10598**

**(914) 497-3476**

August 19, 2025

Hon. Philip M. Halpern, District Judge
US DISTRICT COURT FOR THE SOUTHERN
  DISTRICT OF NEW YORK
Hon. Charles L. Brieant Jr. Federal Building
  & Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      RE: <u>U.S.A. v. Giuseppe Micciari</u>
      DOCKET NO.: 25-cr-00031

Dear Judge Halpern:

    My name is Meredith DelBene, and I am a Paralegal/Office Manager at Grant & Longworth LLP and have been for the past thirty-seven (37) years. I am writing this letter in support of Giuseppe Micciari.

    I understand that Giuseppe has plead guilty to Possession of Child Pornography and that he is facing a sentence of up to twenty (20) years in prison and I am aware that a sentence of several years is recommended as per the guidelines.

    I am a twenty-nine (29) year resident of Yorktown Heights. I have three (3) children; two (2) sons a year younger than Giuseppe and a daughter the same age as one of Giuseppe's younger brothers. I have known Giuseppe since he was in the 4th grade, and my boys have played various sports with Giuseppe since elementary school. Our families are very familiar with each other, whether through coaching, volunteering, school activities and other social gatherings. I met the Micciari family when they first moved to Yorktown, and I was the school mom at our elementary school. Ms. Micciari contacted me to volunteer as her children were all starting school that year in Yorktown, specifically, Giuseppe in 4th grade.

    As stated above, I have known Giuseppe since he was in 4th grade, and I have always known him to be the sweetest, most respectful and considerate young man with both adults and his peers. Giuseppe has been loved and respected by everyone who has the benefit of knowing him. I for one have had the pleasure of being the recipient of Giuseppe's thoughtfulness and helpfulness; whenever a volunteer was needed, he was always the first to step up. Whether it be helping stock our Concession Trailer, carrying cases of heavy drinks or just helping carry

tables and supplies, you never had to ask him – he just jumped right in and helped. At team dinners he was always the one helping the parents clean up at the end of the night and is always a favorite with all his classmates and teammates. Giuseppe has always had such a positive impact on everyone he would come in contact with. Always smiling and laughing all while you knew he was genuinely happy to see you. Further, Guiseppe has always been a good friend to all and has always shown a deep commitment to his family, friends and community.

Since his arrest in November 2023 I have noticed a change in Giuseppe, not one of changing who he was because he was always such a great young man, but one who understands the consequences of his actions and his pure remorse and shame for what has transpired. He has been putting in the work with Dr. Minasian and trying to better himself every day. While incarcerated since May 2025, he has been participating in the CORE program to bring aid in the treatment of various addictions and issues and to help better ones self to be able to overcome any of these issues. Like I said before, Giuseppe was always one to help anyone whenever and wherever it was needed. I still feel strongly that Giuseppe will do whatever is necessary to better himself, although he is still the same sweet, respectful, considerate young man I have always known and have grown to love.

I know next month will be a very difficult one for Giuseppe and his family; however, my family and I will still be here to support them all in every way possible; emotionally, spiritually, financially and any other way needed. While I understand the charges against Giuseppe are very serious, I also understand that probation, community service and continued treatment would act as a stern punishment that would help rehabilitate him. I do not think that he should go to prison as I do not think that is the remedy for all and I feel he would do much better surrounded by his family and loved ones. I also believe that Giuseppe is not a risk to anyone, and I know he will continue to put the work in and become an even better version of himself, if that is even possible.

I hope that I was able to paint a picture of who Giuseppe really is and always has been. If you have any questions, please do not hesitate to contact me. Thank you for your time and consideration, it is greatly appreciated.

Very truly yours,

*Meredith DelBene*

MEREDITH DelBENE