# EXHIBIT F







*Above:* With siblings, May 2022
*Below:* With siblings and cousins, May 2024

*Above:* With siblings and grandmother, July 2023

*Above:* With siblings and mother, July 2023
*Below:* With siblings and mother, March 2024