UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                          :

UNITED STATES OF AMERICA        :   ORDER OF RESTITUTION

           - v. -            :   S1 25 Cr. 31 (PMH)

                          :

GIUSEPPI MICCIARI,          :

               Defendant.     :

------------------------------------X

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Marcia S. Cohen, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Information; and all other proceedings in this case, and upon the consent of GIUSEPPI MICCIARI, the Defendant, by and through his counsel, Jill K. Sanders, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

GIUSEPPI MICCIARI, the Defendant, shall pay restitution in the total amount of $10,00.00 to the victims of the offense charged in Count One.   The names, addresses, and amount owed are set forth in the Schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
       December 11, 2025

SO ORDERED:

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :   SCHEDULE
                                    :
        - v. -                      :   S1 25 Cr. 31 (PMH)
                                    :
GIUSEPPI MICCIARI,                  :
                    Defendant.      :
------------------------------------X
```

| Name | Address | Amount of Restitution |
|---|---|---|
| "Jenny" | Margaret E. Mabie<br>Marsh Law Firm PLLC<br>31 Hudson Yards, 11th Floor<br>New York, New York 10001 | $3,500 |
| "Pia" | Deborah A. Bianco, Esq.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $3,000 |
| "Posey" | Tanya Hankins, Esq.<br>Restore the Child, PLLC<br>2522 N Proctor St, Ste 85<br>Tacoma, Washington 98406 | $3,500 |
| TOTAL | | $10,000 |